# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| B. RILEY WEALTH MANAGEMENT, INC. )<br>f/k/a WUNDERLICH SECURITIES, INC., )<br>)<br>　　　Plaintiff, )<br>)<br>vs. )<br>)<br>XL SPECIALTY INSURANCE COMPANY, )<br>)<br>　　　Defendant. ) | Civil Action No. 2:20-cv-02605<br><br>Jury Trial Demanded |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13, Plaintiff B. Riley Wealth Management, Inc. f/k/a Wunderlich Securities, Inc. ("WSI") and Defendant XL Specialty Insurance Company's ("XL") jointly notify the Court that the parties have resolved the claims at issue.  The parties will file a stipulation of dismissal concurrently with this Joint Notice.

[SIGNATURES ON NEXT PAGE]

Respectfully submitted,

*Pete A. Brunson*
Pete A. Brunson (TBPR 37109)
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Tel.: (901) 577-2221
Fax: (901) 577-0870
pbrunson@bakerdonelson.com

Stephen T. Raptis
**Haynes & Boone, LLC**
800 17th Street, NW, Suite 500
Washington, DC  20006-3962
Tel.: (202) 654-4563
steve.raptis@haynesboone.com

*Attorneys for Plaintiff B. Riley Wealth Management, Inc. f/k/a Wunderlich Securities, Inc.*

–AND–

*Charles C. Lemley*
Charles C. Lemley
Emily S. Hart
**Wiley Rein LLP**
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
clemley@wiley.law
ehart@wiley.law


Jeffrey E. Nicoson (TBPR 027445)
**Leitner Williams Dooley Napolitan PLLC**
1715 Aaron Brenner Drive, Suite 300
Memphis, Tennessee 38120
Tel.: (901) 527-02014
Fax: (901) 577-0870
jeff.nicoson@leitnerfirm.com

*Attorneys for Defendant XL Specialty Insurance Co.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this day I filed the foregoing pleading with the Court via its ECF system which served a copy on all parties of record in this matter.

Jeffrey E. Nicoson (TBPR 027445)
**Leitner Williams Dooley Napolitan PLLC**
1715 Aaron Brenner Drive, Suite 300
Memphis, Tennessee 38120
Tel.: (901) 527-02014
Fax: (901) 577-0870
jeff.nicoson@leitnerfirm.com

   –AND–

Charles C. Lemley
Emily S. Hart
**Wiley Rein LLP**
1776 K Street, NW
Washington, DC  20006
Tel.: (202) 719-7000
dtopol@wiley.law
clemley@wiley.law
ehart@wiley.law

*Attorneys for Defendant XL Specialty Insurance Co.*

**Dated:** December 2, 2021.

                                                *Pete A. Brunson*