# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **B. RILEY WEALTH MANAGEMENT, INC.** ) <br> **f/k/a WUNDERLICH SECURITIES, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **XL SPECIALTY INSURANCE COMPANY,** ) <br> ) <br> **Defendant.** ) | Case No. 2:20-cv-02605-JTF-cgc |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) in accordance with the Order of Dismissal with Prejudice, entered on December 3, 2021.  (ECF No. 79.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

December 3, 2021
DATE

Shawn F. Greene
(By) LAW CLERK